Mothersbaugh, Appellant, *v.* Mothersbaugh.

Argued December 6, 1974. *Charles J. Weyandt,* with him *Dunaway, Weyandt & McCormick,* for appellant; *John R. Miller,* with him *Miller, Kistler, Campbell, Mitinger & Beik,* for appellee.

OPINION PER CURIAM: Order vacated and record remanded for a hearing on appellant's petition.

VAN DER VOORT, J., absent.

M. Visco & Son, Inc. *v.* Board of Education, Philadelphia School District, Appellant.

Argued December 3, 1974. *Alan H. Gilbert,* for appellant; *Jerome J. Verlin,* with him *Ira J. Pressman,* for appellee.

Order affirmed.

HOFFMAN and VAN DER VOORT, JJ., absent.

Nolan, Appellant, *v.* Glick.

Argued December 6, 1974. *Peter J. King,* with him *William H. Dickey, Jr.,* and *Tucker, Arensberg & Ferguson,* for appellant; *Daniel Krause,* with him *Krause & Baker,* for appellee.

OPINION PER CURIAM: Record remanded to the court below for further proceedings and the entry of a final order.

VAN DER VOORT, J., absent.